UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DANIEL HOLLOMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 4:22-CV-149 |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Doc. 15. Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner for further action. On remand, the Commissioner will give further consideration to Plaintiff's residual functional capacity  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO **ORDERED** this 17th day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA